CHARLES WILLIAMS, ELIAS W. BLESS, JOSEPH COHEN, THOMAS CARNEY, JOHN TONER and JOSEPH O'NEILL, Appellants, v. MICHAEL J. QUILL, as President of Transport Workers Union of America, an Unincorporated Association of More Than Seven Members, NEW YORK RAPID TRANSIT CORPORATION, WILLIAMSBURGH POWER PLANT CORPORATION, BROOKLYN & QUEENS TRANSIT CORPORATION and BROOKLYN BUS CORPORATION, Respondents.— Order denying plaintiffs' motion for a temporary injunction affirmed, without costs. No opinion. Hagarty, Carswell, Davis, Johnston and Adel, JJ., concur. [165 Misc. 99. See post, p. 737.]

CHARLES WILLIAMS, ELIAS W. BLESS, JOSEPH COHEN, THOMAS CARNEY, JOHN TONER and JOSEPH O'NEILL, Appellants, v. MICHAEL J. QUILL, as President of Transport Workers Union of America, an Unincorporated Association of More than Seven Members, NEW YORK RAPID TRANSIT CORPORATION, WILLIAMSBURGH POWER PLANT CORPORATION, BROOKLYN & QUEENS TRANSIT CORPORATION, and BROOKLYN BUS CORPORATION, Respondents.— Appellants are granted permission to appeal to the Court of Appeals, and pending the hearing of the appeal defendants are stayed from carrying into effect the provisions of paragraph sixth of the agreement, on condition that appellants bring on the appeal at the earliest possible date. [See ante, p. 737.] Present — Hagarty, Carswell, Davis, Johnston and Adel, JJ.

## (December 17, 1937.)

CHARLES B. BLIVEN, Appellant, v. GEORGE T. BURRELL, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Carswell, Davis, Johnston and Adel, JJ.

SAMUEL BRAUN and Another, Respondents, v. EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LIMITED, OF LONDON, and Another, Appellants.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Hagarty, Carswell, Davis, Johnston and Adel, JJ.

GEORGE W. BRISTOL, Respondent, v. JOHN W. COLE, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Hagarty, Carswell, Davis, Johnston and Adel, JJ.

CHREL REALTY CORPORATION, Respondent, v. ANDRE BORGEAUD, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Hagarty, Davis, Adel, Taylor and Close, JJ.

HANNAH CURRIE, Respondent, v. COMMERCIAL CASUALTY INSURANCE COMPANY, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Hagarty, Carswell, Davis, Johnston and Adel, JJ.

MICHAEL J. DINAN, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Hagarty, Carswell, Davis, Johnston and Adel, JJ.

WILLIAM C. FARLEY, Respondent, v. FREDERICK C. OVERBURY, Appellant.— Motion for reargument denied, with ten dollars costs. Present — Hagarty, Carswell, Davis, Johnston and Adel, JJ.

MORRIS FINN, Appellant, v. THE CITY OF NEW YORK, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the